IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-59,466-03





EX PARTE DALE DEVON SCHEANETTE







ON APPLICATION FOR WRIT OF HABEAS CORPUS


IN CAUSE NO. C-4-008083-0854220-B FROM THE


CRIMINAL DISTRICT COURT NUMBER FOUR OF TARRANT COUNTY





Per Curiam.


ORDER



 This is a subsequent application for writ of habeas corpus filed pursuant to Texas
Code of Criminal Procedure, Article 11.071, Section 5.

 Applicant was convicted of capital murder on January 8, 2003. We affirmed the
conviction and sentence on direct appeal. Scheanette v. State, 144 S.W.3d 504 (Tex.
Crim. App. 2004). On June 16, 2004, applicant timely filed his initial application for writ
of habeas corpus pursuant to Article 11.071. We denied relief. Ex parte Scheanette, WR-59,446-01 (Tex. Crim. App. December 14, 2004) (withdrawing order of November 9,
2004, also denying relief). On April 12, 2007, applicant filed this subsequent application
for writ of habeas corpus.

 We have reviewed the six claims in the application and they do not meet the
requirements for consideration of subsequent claims under Article 11.071, Section 5(a). 
This application is dismissed as an abuse of the writ.

 IT IS SO ORDERED THIS THE 6TH DAY OF JUNE, 2007.

Do Not Publish